# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rendell, Marjorie O. | USCA - 3CA - Philadelphia | 5/3/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals
601 Market Street, Room 21613
Philadelphia, PA 19106-1598

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Rendell Center for Civics & Civic Engagement |
| 2. | President | Rendell Center for Civics & Civic Engagement |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Administrative Office of PA Courts - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Rendell Center | 12/6/18-12/8/18 | Pittsburgh, PA | Citizenship Challenge & Event with Justice Sotomayor | Airfare & Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. QUALIFIED (H) | | | | | | | | | |
| 2. AIP Multi Strategy Fund | B | Dividend | M | T | | | | | |
| 3. BlackRock Low Duration Bond | C | Dividend | M | T | Buy (add'l) | 01/26/18 | K | | |
| 4. DFA Emerging Mkts Core Equity | B | Dividend | L | T | Sold (part) | 01/26/18 | K | D | |
| 5. DFA Intl Small Cap Growth | B | Dividend | K | T | | | | | |
| 6. DFA Intl Small Cap Value | C | Dividend | K | T | Sold (part) | 01/26/18 | K | D | |
| 7. DFA Intl Value | D | Dividend | L | T | | | | | |
| 8. DFA International Large Cap Growth | B | Dividend | L | T | Sold (part) | 01/26/18 | J | B | |
| 9. DFA One Year Fixed | C | Dividend | M | T | Buy (add'l) | 01/26/18 | K | | |
| 10. DFA Global Real Estate Securities | C | Dividend | L | T | | | | | |
| 11. DFA US Large Cap Value | D | Dividend | M | T | Sold (part) | 01/26/18 | J | B | |
| 12. DFA U.S. Micro Cap | B | Dividend | K | T | | | | | |
| 13. DFA U.S. Small Cap Value | C | Dividend | K | T | | | | | |
| 14. Dodge & Cox Stock | D | Dividend | M | T | Buy (add'l) | 12/20/18 | L | | |
| 15. First Eagle Overseas | C | Dividend | L | T | Buy (add'l) | 01/26/18 | K | | |
| 16. Hotchkis & Wiley Mid Cap Value | B | Dividend | L | T | Buy (add'l) | 04/17/18 | K | | |
| 17. Ivy Mid Cap Growth | D | Dividend | M | T | Sold (part) | 07/27/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Maingate MLP FD CL I | D | Dividend | | | Sold | 12/20/18 | L | | |
| 19. Metropolitan West Total Return | C | Dividend | M | T | | | | | |
| 20. Morgan Stanley Inst Emerging Markets | B | Dividend | L | T | | | | | |
| 21. Morgan Stanley Inst International Equity | D | Dividend | L | T | | | | | |
| 22. Royce Opportunity | C | Dividend | K | T | Sold (part) | 01/26/18 | K | B | |
| 23. Victory Global Natural Resources | | None | | | Sold | 04/17/18 | K | | |
| 24. Schwab Adv Cash Reserve Prem | A | Dividend | K | T | | | | | |
| 25. Segall Bryant & Hamilton Small Cap | C | Dividend | K | T | | | | | See Section VIII |
| 26. Segall Bryant & Hamilton Mid Cap Value Dividend | D | Dividend | L | T | Buy (add'l) | 04/17/18 | K | | See Section VIII |
| 27. William Blair Lg Cap Growth | E | Dividend | M | T | Sold (part) | 01/26/18 | K | E | |
| 28. William Blair Small Cap Growth | D | Dividend | K | T | | | | | |
| 29. DFA US Small Cap Growth | B | Dividend | K | T | | | | | |
| 30. DFA Short Term Government Port | C | Dividend | M | T | Buy (add'l) | 01/26/18 | L | | |
| 31. PERSONAL (H) | | | | | | | | | |
| 32. DFA Emerging Markets Core Equity | B | Dividend | L | T | Buy (add'l) | 07/27/18 | J | | |
| 33. DFA Global Real Estate Securities | C | Dividend | L | T | | | | | |
| 34. DFA Intl Large Cap Growth | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA Intl Small Cap Value | A | Dividend | | | Sold | 12/11/18 | K | | |
| 36. DFA Short Term Muni Bond | C | Dividend | | | Buy (add'l) | 01/26/18 | K | | |
| 37. | | | | | Buy (add'l) | 07/27/18 | K | | |
| 38. | | | | | Sold | 12/14/18 | N | | |
| 39. DFA Tax Managed Int'l Value | C | Dividend | L | T | | | | | |
| 40. DFA Tax Managed US Marketwide Value | D | Dividend | M | T | | | | | |
| 41. DFA Tax Managed US Targeted Value | B | Dividend | K | T | | | | | |
| 42. DFA US Micro Cap | B | Dividend | K | T | | | | | |
| 43. Dodge & Cox Stock | D | Dividend | M | T | Buy (add'l) | 07/27/18 | J | | |
| 44. First Eagle Overseas | B | Dividend | | | Buy (add'l) | 07/27/18 | K | | |
| 45. | | | | | Sold | 12/14/18 | L | | |
| 46. Hotchkis & Wiley Mid Cap Value | B | Dividend | L | T | Buy (add'l) | 04/17/18 | J | | |
| 47. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 48. iShares Core MSCI EAFE ETF | B | Dividend | M | T | Buy | 12/10/18 | K | | |
| 49. | | | | | Buy (add'l) | 12/14/18 | L | | |
| 50. iShares MSCI EAFE Small Cap Index | A | Dividend | L | T | Buy | 12/11/18 | L | | |
| 51. Ivy Mid Cap Growth | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Maingate MLP FD | C | Dividend | | | Buy (add'l) | 07/27/18 | J | | |
| 53. | | | | | Sold | 12/14/18 | L | | |
| 54. Metropolitan West Total Return Bond | D | Dividend | | | Buy (add'l) | 01/26/18 | K | | |
| 55. | | | | | Sold | 12/14/18 | N | | |
| 56. Morgan Stanley Inst. Emerging Markets | B | Dividend | L | T | | | | | |
| 57. Morgan Stanley Inst Int'l Equity | A | Dividend | | | Sold | 12/10/18 | K | B | |
| 58. Royce Opportunity Investment | D | Dividend | L | T | | | | | |
| 59. Victory Global Natural Resources Fund | | None | | | Sold | 04/17/18 | K | B | |
| 60. Schwab Advisor Premium Cash Reserve | A | Dividend | N | T | | | | | |
| 61. Schwab Government Money Market | A | Dividend | O | T | | | | | |
| 62. Thornburg Limited Term Muni | D | Dividend | | | Buy (add'l) | 07/27/18 | K | | |
| 63. | | | | | Sold | 12/14/18 | N | | |
| 64. Segall Bryant & Hamilton Int'l Small Cap | C | Dividend | K | T | | | | | See Section VIII |
| 65. Segall Bryant & Hamilton Mid-Cap Value Dividend | D | Dividend | L | T | Buy (add'l) | 04/17/18 | J | | See Section VIII |
| 66. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 67. William Blair Small Cap Growth | D | Dividend | L | T | | | | | |
| 68. William Blair Large Cap Growth | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA US Small Cap Growth | B | Dividend | K | T | | | | | |
| 70. DFA Intl Small Cap Growth | A | Dividend | | | Sold | 12/11/18 | K | | |
| 71. Global Net Lease Inc | C | Dividend | K | T | | | | | |
| 72. Ventas Inc | A | Dividend | J | T | | | | | |
| 73. Vereit Inc. Com | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rendell, Marjorie O.** | 5/3/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 25- Westcore Small Cap Value is now Segall Bryant & Hamilton Small Cap Value
Line 26- Westcore Mid Cap Value is now Segall Bryant & Hamilton Mid Cap Value
Line 64- Westcore Small Cap Value is now Segall Bryant & Hamilton Small Cap Value
Line 65- Westcore Mid Cap Value is now Segall Bryant & Hamilton Mid Cap Value
Line 75- We removed the Schwab Premium Money Market in the Joint account from the report because it had a value less than $1,000 and did not exceed the income threshold of $200.

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 5/3/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marjorie O. Rendell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544